# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
         against
Diana Patricia Lopez

(Alias)_____

_____

              Please PRINT Clearly
```

07CR00441-LBS-5
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO:   JAMES M. PARKISON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA   2. [X] RETAINED   3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF
                                              ADMISSION. MO. __June__ YR. __1974__

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __NEW YORK__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: Queens, NEW YORK
August 19, 2008

SIGNATURE __Lawrence M. Herrmann__
PRINT THE FOLLOWING INFORMATION CLEARLY

__Lawrence M. Herrmann__
Attorney for Defendant

_____
Firm name if any

__37-51 76th Street__
Street address

__Jackson Heights, New York   11372__
City                State          Zip

__(718) 779-6630__
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186